FILED BY KAN D.C.

Sep 22, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-60249-CR-SINGHAL/STRAUSS

18 U.S.C. § 371
18 U.S.C. § 501
18 U.S.C. § 1343
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 492

**UNITED STATES OF AMERICA**

**vs.**

**FAHEEM AKRAM,**
**a/k/a "Fahim Akram,"**

**Defendant.**

_______________________________________/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times material to this Indictment:

### The United States Postal Service

1. The United States Postal Service (USPS) was an agency of the executive branch of the United States government responsible for providing postal services. The USPS was explicitly authorized by Article I, Section 8, of the U.S. Constitution. The USPS operated primarily on the revenue generated from postage sales rather than from taxpayer dollars.

2. The United States Postal Inspection Service (USPIS) was the law enforcement arm of the USPS whose mission was to support and protect the USPS, to enforce the laws that defend the nation's mail system from illegal or dangerous use, and to ensure public trust in the mail.

3. The USPS offered many postal services, including the delivery of parcels. All parcels required evidence of appropriate, valid postage paid prior to delivery. The USPS typically based the price of postage on the type of delivery service (for example "Priority Mail" or "Priority Mail Express"), and the destination, size, and weight of the parcel.

4. The USPS had programs for customers to purchase postage stamp labels online through various authorized third-party vendors. When authorized by the USPS, these vendors could generate postage stamps online that customers could download and affix to their parcels for delivery by the USPS.

**The Defendant and a Related Website**

5. LabelsBank.com was an online website that offered USPS postage stamps for sale at a fixed rate, regardless of the delivery destination, weight, or parcel dimensions. LabelsBank.com was not authorized by USPS to make or sell U.S. postage stamps.

6. Defendant **FAHEEM AKRAM** was a citizen of Pakistan and the principal and beneficial owner of LabelsBank.com.

**COUNT 1**
**Conspiracy to Defraud the United States and to Make and Sell Forged and Counterfeited Postage Stamps**
**(18 U.S.C. § 371)**

1. The General Allegations section of this Indictment is realleged and incorporated by reference as if fully set forth herein.

2. Beginning at least as early as in and around August of 2023, and continuing through the date of the return of this Indictment, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**FAHEEM AKRAM,**
**a/k/a "Fahim Akram,"**

did knowingly and willfully, that is, with the intent to further the objects of the conspiracy, combine, conspire, confederate, and agree with others known and unknown to the Grand Jury:

(a) to defraud the United States, and any agency thereof, by cheating the USPS out of money and property;

(b) to defraud the United States by impairing, impeding, obstructing, and defeating through deceitful and dishonest means, the lawful government functions of the United States government and any of its departments and agencies, namely, the USPS and USPIS; and

(c) to knowingly make and sell forged and counterfeited postage stamps, in violation of Title 18, United States Code, Section 501.

**Purpose of the Conspiracy**

3. It was a purpose of the conspiracy for the defendant and his co-conspirators to unlawfully enrich themselves by making and selling, and causing others to make and sell, forged and counterfeited postage stamps for the unauthorized delivery of mail parcels for which USPS was never paid.

**Manner and Means of the Conspiracy**

The manner and means by which the defendant and his co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among other things:

4. **FAHEEM AKRAM** and his co-conspirators created and maintained the web domain LabelsBank.com as an online platform to make and sell forged and counterfeit U.S. postage stamps. Through LabelsBank.com, **AKRAM** and his co-conspirators advertised their forged and counterfeit postage stamps throughout the U.S., including in the Southern District of Florida.

5. **FAHEEM AKRAM** and his co-conspirators, through LabelsBank.com, offered and sold forged and counterfeit U.S. postage stamps for a typical fixed rate of $2 per label regardless of the type of shipping service, shipping destination, weight, or dimensions of the parcel. These fixed prices grossly undercut the amount charged by the USPS and induced thousands of individuals to purchase the counterfeit postage stamps, causing significant loss to the USPS and illicit profit to **AKRAM** and his co-conspirators.

6. In furtherance of the conspiracy, **FAHEED AKRAM** and his co-conspirators communicated with customers through interstate and foreign wire communications, including WhatsApp, and caused payments to **AKRAM** and his co-conspirators through interstate and foreign wire transfers.

7. After creating an account at LabelsBank.com and transferring funds to **FAHEEM AKRAM** and his co-conspirators, customers were able to order and download forged and counterfeit postage stamps from LabelsBank.com for use in mailing parcels throughout the U.S., including in the Southern District of Florida.

8. In making and selling forged and counterfeit postage stamps used to ship parcels throughout the U.S., **FAHEEM AKRAM** and his co-conspirators failed to pay, and caused others to fail to pay, postage due and owing to the USPS. In addition to lost revenue, **AKRAM** caused USPS to incur significant expenses from shipping parcels without any corresponding revenue. Moreover, the counterfeit postage created and sold by **AKRAM** impaired, impeded and obstructed the USPS and USPIS by, among other things, draining their financial resources, straining their logistical infrastructure, and imposing heavy operational burdens on their workforce.

9. Throughout the conspiracy, **FAHEEM AKRAM** and his co-conspirators made and sold over 5.1 million forged and counterfeit postage stamps to over 5,200 individuals through LabelsBank.com, causing over approximately $126 million in lost revenue to the USPS.

10. **FAHEEM AKRAM** and his co-conspirators used the proceeds of the conspiracy to benefit themselves and others, and to further the conspiracy.

**Overt Acts**

In furtherance of the conspiracy, and to accomplish its objects and purpose, at least one co-conspirator committed, and caused to be committed, in the Southern District of Florida, at least one of the following overt acts, among others:

1. On or about September 2, 2024, a co-conspirator wired funds to a cloud-based internet hosting company to pay for hosting the LabelsBank.com website.

2. On or about November 29, 2024, **FAHEEM AKRAM** wired funds to a cloud-based internet hosting company to pay for hosting the LabelsBank.com website.

3. On or about October 24, 2025, **FAHEEM AKRAM** and his co-conspirators advised a potential customer through WhatsApp to make payment for counterfeit postage to a cryptocurrency exchange wallet address held in **AKRAM's** name.

4. On or about December 19, 2025, **FAHEEM AKRAM** and his co-conspirators made and caused a forged and counterfeit postage stamp bearing a USPS tracking number ending in 8169 and addressed to "K.B." in Orange Springs, Florida, to be downloaded in the Southern District of Florida.

5. On or about January 26, 2026, **FAHEEM AKRAM** and his co-conspirators made and caused a forged and counterfeit postage stamp bearing a USPS tracking number ending in 7239 and addressed to "R.D." in Malvern, Pennsylvania to be downloaded in the Southern District

of Florida.

6. On or about February 25, 2026, **FAHEEM AKRAM** and his co-conspirators made and caused a forged and counterfeit postage stamp bearing a USPS tracking number ending in 6195 and addressed to "C.H." in Fargo, North Dakota, to be downloaded in the Southern District of Florida.

7. On or about April 6, 2026, in response to reports from a customer that the USPS would not accept LabelsBank.com postage stamps, **FAHEEM AKRAM** and his co-conspirators responded by advising the customer to "change the dropoff point," and "don't ask them [USPS] to check. Just go and scan."

8. On or about April 6, 2026, when asked by a potential customer whether there was anything the customer needed to know about the postage offered by LabelsBank.com, **FAHEEM AKRAM** and his co-conspirators responded: "These are trick based labels, works well, but usps does not get anything from this price. They can only know this if they check deeply in their system. For scanner, they are good to go."

9. On or about June 4, 2026, after a potential customer inquired how to open an account and purchase postage stamps from LabelsBank.com, **FAHEEM AKRAM** and his co-conspirators used WhatsApp to provide a bank account number at a Pakistan-based financial institution held in **AKRAM**'s name.

10. On or about June 12, 2026, **FAHEEM AKRAM** and his co-conspirators advised a potential customer via WhatsApp to list as the purpose of any financial transaction with LabelsBank.com that it was to "Pay for Goods. Don't use any other purpose!!!!"

All in violation of Title 18, United States Code, Section 371.

**COUNTS 2-6**
**Making and Selling Forged and Counterfeited Postage Stamps**
**(18 U.S.C. § 501)**

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2. On or about the dates specified in each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**FAHEEM AKRAM,**
**a/k/a "Fahim Akram,"**

did knowingly make and sell a forged and counterfeited postage stamp, as set forth in each count below:

| Count | Approx. Date | Description of Forged and Counterfeit Postage Stamp |
|---|---|---|
| 2 | 12/19/2025 | Postage stamp bearing USPS tracking number ending in 8169 addressed to "K.B" in Orange Springs, FL |
| 3 | 01/26/2026 | Postage stamp bearing USPS tracking number ending in 7239 addressed to "R.D." in Malvern, PA |
| 4 | 01/26/2026 | Postage stamp bearing USPS tracking number ending in 7297 addressed to "S.B." in Elko, NV |
| 5 | 02/25/2026 | Postage stamp bearing USPS tracking number ending in 3369 addressed to "K.W." in Vienna, VA |
| 6 | 02/25/2026 | Postage stamp bearing USPS tracking number ending in 6195 addressed to "C.H." in Fargo, ND |

In violation of Title 18, United States Code, Sections 501 and 2.

**COUNTS 7-10**
**Wire Fraud**
**(18 U.S.C. § 1343)**

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. Beginning at least as early as in and around August of 2023, and continuing through the date of the return of this Indictment, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**FAHEEM AKRAM,**
**a/k/a "Fahim Akram,"**

did knowingly, and with intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

**Purpose of the Scheme and Artifice**

3. It was the purpose of the scheme and artifice for the defendant and his accomplices to unlawfully enrich themselves by making and selling, and causing others to make and sell, forged and counterfeited U.S. postage stamps through an online website, thereby causing significant lost revenue to the USPS and imposing significant unwarranted costs for delivering parcels with no corresponding payments.

**Manner and Means of the Scheme and Artifice**

The manner and means by which the defendant and his accomplices sought to accomplish the purpose of the scheme and artifice included, among other things, the following:

4. **FAHEEM AKRAM** and his accomplices created and maintained LabelsBank.com as an online platform to make and sell forged and counterfeit U.S. postage stamps. Through LabelsBank.com, which website was hosted outside the State of Florida, **AKRAM** and his

accomplices advertised their forged and counterfeit postage stamps throughout the U.S., including in the Southern District of Florida.

5. **FAHEEM AKRAM** and his accomplices, through LabelsBank.com, offered and sold forged and counterfeit U.S. postage stamps for a typical fixed rate of $2 per label regardless of the type of shipping service, shipping destination, weight, or dimensions of the parcel. These fixed prices grossly undercut the amount charged by the USPS and induced thousands of individuals to purchase the forged and counterfeit postage labels, causing significant loss to the USPS and illicit profit to **AKRAM** and his accomplices.

6. In furtherance of the scheme, **FAHEEM AKRAM** and his accomplices communicated with potential customers through interstate and foreign wire communications, including WhatsApp, and caused payments to **AKRAM** and his accomplices through interstate and foreign wire transfers.

7. After creating an account with LabelsBank.com and transferring funds to **FAHEEM AKRAM** and his accomplices, customers were able to order and download forged and counterfeit postage stamps from a server located outside the State of Florida for use in mailing parcels throughout the U.S., including in the Southern District of Florida.

8. In making and selling forged and counterfeit postage stamps used to ship parcels throughout the U.S., **FAHEEM AKRAM** and his accomplices failed to pay, and caused others to fail to pay, postage due and owing to the USPS. In addition to lost revenue, **AKRAM** and his accomplices caused USPS to incur significant expenses shipping parcels without any corresponding revenue.

9. **FAHEEM AKRAM** and his accomplices made and sold over 5.1 million forged and counterfeit postage stamps to over 5,200 individuals through LabelsBank.com, causing over $126 million in lost revenue to the USPS.

10. **FAHEEM AKRAM** and his accomplices used the proceeds of the fraudulent scheme to benefit themselves and others, and to further the scheme.

## USE OF THE WIRES

11. On or about the dates specified as to each count below, in the Southern District of Florida and elsewhere, the defendant, **FAHEEM AKRAM**, for the purpose of executing and in furtherance of the aforementioned scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce certain writings, signs, signals, pictures, and sounds, as particularly described below:

| Count | Approximate Date | Description of Wire Communication |
|---|---|---|
| 7 | 12/19/2025 | Transmittal in interstate and foreign commerce of a forged and counterfeit postage stamp bearing USPS tracking number ending in 4877 and addressed to "K.S." in Fort Pierce, FL |
| 8 | 01/26/2026 | Transmittal in interstate and foreign commerce of a forged and counterfeit postage stamp bearing USPS tracking number ending in 7659 and addressed to "A.B." in San Jose, CA |
| 9 | 02/25/2026 | Transmittal in interstate and foreign commerce of a forged and counterfeit postage stamp bearing USPS tracking number ending in 9923 and addressed to "J.T." in Little Rock, AR |

| Count | Approximate Date | Description of Wire Communication |
|---|---|---|
| 10 | 04/06/2026 | WhatsApp message stating: "These are trick based labels, works well, but usps does not get anything from this price. They can only know this if they check deeply in their system. For scanner, they are good to go." |

In violation of Title 18, United States Code, Sections 1343 and 2

**FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **FAHEEM AKRAM**, has an interest.

2. Upon conviction of a violation of, or conspiracy to violate, Title 18, United States Code, Section 501, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such offense, and all counterfeits of any coins or obligations or other securities of the United States or of any foreign government, or any articles, devices, and other things made, possessed, or used in the offense, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer, pursuant to Title 18, United States Code, Sections 492 and 982(a)(2)(B).

3. Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

4. The property directly subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following: the domain name labelsbank.com.

All pursuant to Title 18, United States Code, Sections 492 and 982(a)(2)(B), Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

FOR

JASON A. REDING QUINONES
UNITED STATES ATTORNEY

JON M. JUENGER
ASSISTANT UNITED STATES ATTORNEY

JACQUELINE DEROVANESIAN
ASSISTANT UNITED STATES ATTORNEY